IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.: 7:96-CR-00062-2H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) ) v. ) ) ) ) MARK CLIFTON, ) ) Defendant. ) ) | **ORDER** |

This matter is before the court on two separate motions filed by defendant. On August 6, 2012 and July 15, 2013 defendant filed petitions for writ of error coram nobis.

The United States Attorney is DIRECTED to respond to the claims raised by petitioner within sixty (60) days of the entry of this order.

This 27th day of August 2013.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26