UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Mark Clifton**                                    Docket No. 7:96-CR-62-2H

### Petition for Action on Supervised Release

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mark Clifton, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possession With Intent to Distribute Cocaine Base (Crack), Possession With Intent to Distribute Cocaine Base (Crack), and Aiding and Abetting, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on May 28, 1997, to the custody of the Bureau of Prisons for a term of 360 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

Mark Clifton was released from custody on November 21, 2018, at which time the term of supervised release commenced in the Southern District of Florida.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 11, 2019, a financial investigation was conducted by the probation office in the Southern District of Florida, the defendant's supervising district, to determine the amount the defendant can afford to pay monthly toward his court-ordered fine. Clifton submitted financial documentation listing his expenses and monthly income. After reviewing the financial documents, it was determined that the defendant is able to pay $100.00 per month toward his indebtedness. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay his fine at the rate of $100.00 per month until such time as the Court may alter that payment schedule in the interest of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of the fine and report to the Court any material change in the defendant's ability to pay.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/Jeffrey L. Keller                            /s/Erica W. Foy
Jeffrey L. Keller                               Erica W. Foy
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                310 New Bern Avenue, Room 610
                                                Raleigh, NC 27601-1441
                                                Phone: 919-861-8665
                                                Executed On: May 09, 2019

**Mark Clifton**
**Docket No. 7:96-CR-62-2H**
**Petition For Action**
**Page 2**

**ORDER OF THE COURT**

Considered and ordered this __17th__ day of __May__, 2019, and ordered filed and made a part of the records in the above case.

/s/ Malcolm J. Howard
Malcolm J. Howard
Senior U.S. District Judge